# UNITED STATES DISTRICT COURT
for the
Central District of California

| EUGENIA BERNAL | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. SACV-19-01025-JVS |
| UNITED STATES OF AMERICA | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

✔ the plaintiff *(name)* EUGENIA BERNAL recover from the defendant *(name)* UNITED STATES OF AMERICA the amount of $134,385.28 dollars ($ 134,385.28 ), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of 0.15 % per annum which shall accrue only as provided for in 31 U.S.C. § 1304

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

✔ tried by Judge JAMES SELNA without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: July 24, 2020

CLERK OF COURT

*Alicia Bredahl*
Signature of Clerk or Deputy Clerk